# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

SARA CAUBBLE                                                                                            PLAINTIFF

VS.                                    No. 4:20CV1206-BRW

DOE                                                                                                 DEFENDANTS

## **ORDER**

Sara Caubble has not complied with the December 3, 2020 Order directing her to either pay the filing fee or file an updated, free-world application to proceed *in forma pauperis*.[1] The time to do so has expired. Her mail is being returned as undeliverable.[2] Thus, this case is dismissed without prejudice due to a lack of prosecution.[3] I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[4]

IT IS SO ORDERED this 26th day of January, 2021.

                                                                Billy Roy Wilson_____
                                                                UNITED STATES DISTRICT JUDGE

---

[1] Doc. 5.

[2] Docs. 6, 7.

[3] Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

[4] 28 U.S.C. § 1915(a)(3).