IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SARA CAUBBLE                                                                                   PLAINTIFF

V.                                       No. 4:20CV1206-BRW-JTR

DOE                                                                                           DEFENDANTS

## JUDGMENT

Based on the Order entered yesterday, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of January, 2021.

```
                                         BILLY ROY WILSON
                                    UNITED STATES DISTRICT JUDGE
```